UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kou Thao Vang and Dao Vang, on behalf of themselves, others similarly situated, and the proposed Rule 23 Class, | Court File No. 17-cv-05408-WMW-BRT |
| Plaintiffs, | |
| v. | JOINT MOTION FOR APPROVAL OF SETTEMENT |
| KeyTronicEMS and CDR Manufacturing, Inc. d/b/a Ayrshire Electronics, | |
| Defendants. | |

Plaintiffs and Defendants, by and through their undersigned counsel, respectfully move the Court for an Order granting the Parties' Joint Motion for Final Settlement Approval and Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs. Specifically, the Parties request that the Court:

(1) finally approve the proposed settlement as a fair, reasonable, and adequate resolution of a bona fide dispute pursuant to 29 U.S.C. §216(b), and Rule 23 of the Federal Rules of Civil Procedure;

(2) approve the terms and distribution of payment set forth in the Parties' Stipulation and to the persons and in the amounts outlined in Exhibit 3 to the parties' Joint Motion;

(3) award Plaintiffs' Counsel the requested attorneys' fees in the amount of $36,444.18 as fair and reasonable;

(4) award Plaintiffs' counsel its out-of-pocket costs in the amount of $4,533.84 as fair, reasonable, and appropriate;

(5) approve Plaintiffs' request for a $500 service award to both Named Plaintiffs Kou Thao Vang and Dao Vang;

(6) dismiss this litigation with prejudice and without further costs;

(7) dismiss the claims of opt-out Jessica Seim and the FLSA claims of Settlement Class Member Moua Vang without prejudice and without further costs.  The statute of limitations for these claims shall be tolled for thirty days following the date of the Court's order on this Motion;

(8) enter final judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure; and

(7) retain continuing jurisdiction over this matter for the purposes of resolving issues related to administration, implementation and enforcement of the Settlement Agreement.

DATE:   April 24, 2019

**NICHOLS KASTER, PLLP**

s/ Rebekah L. Bailey
Rebekah L. Bailey, MN Bar No. 289599
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200
Fax (612) 215-6870
bailey@nka.com

**R.A. WILLIAMS LAW FIRM, P.A.**
Richard A. Williams
2400 West County Road D, Suite 110
St. Paul, MN 55112
Telephone (651) 848-0280
Fax (651) 848-0282

**DORSEY & WHITNEY, LLP**

s/ Ryan E. Mick
Ryan E Mick, MN Bar No. 0311960
Trevor Brown, MN Bar No. 0396820
Suite 1500, 50 South Sixth Street
Minneapolis, MN 550402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
Mick.ryan@dorsey.com
Brown.trevor@dorsey.com

**ATTORNEYS FOR DEFENDANTS**

**ATTORNEYS FOR PLAINTIFFS, THE
PUTATIVE FLSA COLLECTIVE AND
PUTATIVE RULE 23 CLASS**